**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LONNIE REIVER, et al.

    Plaintiffs,

  v.

3COM CORPORATION, et al.

    Defendants.
_____/

NORTHERN TRUST INVESTMENTS, INC.,

    Plaintiff,

  v.

GILARDI & COMPANY, LLC, et al.,

    Defendants.
_____/

No. C 03-00169 JSW and
No. C 03-3456 JSW

**ORDER REQUESTING STATUS REPORTS OR DISMISSALS**

    On December 3, 2004, this Court entered an Order approving Settlement of Claims Dispute and Authorizing Disbursement of Remainder of Settlement Fund. Pursuant to the terms of that Order, *Northern Trust Investments, Inc. v. Gilardi & Company, LLC*, et al., No. 03-3456 was to be dismissed as moot, with prejudice, once monies were transferred to Northern Trust for disbursement.

    Neither of these matters have been formally dismissed by the parties. Accordingly, it is HEREBY ORDERED, that the parties shall submit a joint status report or appropriate dismissals of this action by no later than August 19, 2005.

**United States District Court**
For the Northern District of California

1     **IT IS SO ORDERED.**

3     Dated: August 3, 2005

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE