1  MAYER, BROWN, ROWE & MAW LLP
   Alan N. Salpeter (*pro hac vice*)
2  Howard J. Roin (*pro hac vice*)
   Beverley J. Klein (*pro hac vice*)
3  71 South Wacker Drive
   Chicago, Illinois 60606
4  Telephone: (312) 782-0600
   Facsimile: (312) 701-7711
5  hroin@mayerbrownrowe.com

6  MAYER, BROWN, ROWE & MAW LLP
   SHIRISH GUPTA (#205584)
7  Two Palo Alto Square, Suite 300
   Palo Alto, California 94306-2112
8  Telephone: (650) 331-2000
   Facsimile: (650) 331-2060
9  sgupta@mayerbrownrowe.com

10 Attorneys for Northern Trust Investments, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| LONNIE REIVER, *et al.*,<br>　　　　Plaintiff,<br>　v.<br>3COM, *et al.*,<br>　　　　Defendant.<br>_____<br>NORTHERN TRUST INVESTMENTS, INC.,<br>　　　　Plaintiff,<br>　v.<br>GILARDI & COMPANY, LLC, *et al.*,<br>　　　　Defendants. | Case No. C-03-0169 JSW and<br>Case No. C-03-03456 JSW<br><br>**STIPULATION AND [PROPOSED]<br>ORDER DISMISSING NORTHERN<br>TRUST INVESTMENTS, INC. V.<br>GILARDI & COMPANY, LLC**<br><br>The Honorable Jeffrey S. White |

STIPULATION AND [PROPOSED] ORDER; CASE NOS. C-03-0169 JSW; C-03-03456 JSW

| | |
|---|---|
| 1 | Pursuant to paragraph 19 of the Court's December 3, 2004 Order (the "Approval Order) in the post-judgment proceedings in *Reiver, et al. v. 3Com, et al.*, No. 03-0169 (JSW) (the "Claims Dispute"), the parties in *Northern Trust Investments, Inc. v. Gilardi &Co. LLC, et al.*, No. 03-03456 (JSW) (the "NTI Action") hereby stipulate that the NTI Action is now moot, and further stipulate to dismissal of the NTI Action, with prejudice. |

Dated: August 16, 2005

MAYER, BROWN, ROWE & MAW LLP

/s/ Howard J. Roin
Howard J. Roin
Attorneys for Plaintiff Northern Trust Investments, Inc.

Dated: August 16, 2005

SHARTSIS, FRIESE & GINSBURG LLP

/s/ Robert E. Schaberg
Robert E. Schaberg
Attorneys for Milberg Weiss Bershad Hynes & Lerach LLP

Dated: August 16, 2005

HOWARD, RICE, NEMEROVSKI, CANADY, FALK & RABKIN

/s/ Bernard A. Burk
Bernard A. Burk
Attorneys for Bernstein Litowitz Berger & Grossmann LLP; Kaplan Fox & Kilsheimer LLP; and Barrack, Rodos & Bacine

Dated: August 16, 2005

LEWIS, BRISBOIS, BISGAARD & SMITH, LLP

/s/ Robert A. Wooten
Robert A. Wooten
Attorneys for Gilardi & Company, LLC

Filer's Attestation: Pursuant to General Order No. 45, Section X(B), Shirish Gupta hereby attests that the signatories' concurrence in the filing of this document have been obtained.

**[PROPOSED] ORDER**

Pursuant to Stipulation, **IT IS SO ORDERED**.

The Court finds that *Northern Trust Investments, Inc. v. Gilardi &Co. LLC, et al.*, No. 03-03456 (JSW) is moot and thus dismisses the action, with prejudice.

Dated: August 17, 2005

Hon. Jeffrey S. White
United States District Court

1
STIPULATION AND [PROPOSED] ORDER; CASE NOS. C-03-0169 JSW; C-03-03456 JSW